**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2089**

KENNETH L. HOLBERT, JR.,

                    Plaintiff - Appellant,

          v.

GREENVILLE TECHNICAL COLLEGE,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District Judge.  (6:11-cv-02846-HMH)

Submitted:  January 22, 2013          Decided:  January 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth L. Holbert, Jr., Appellant Pro Se.  Charles J. Boykin,
Kimberly Ann Gertner, BOYKIN & DAVIS, LLC, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth L. Holbert, Jr. appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Holbert v. Greenville Technical Coll., No. 6:11-cv-02846-HMH (D.S.C. July 18, 2012). We deny Holbert's motion to strike Appellee's informal response brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED